Submitted May 25—decided June 7, 1977

MIDDLETOWN BOARD OF EDUCATION *v*. COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's "Motion to Expunge Request for Finding and Draft Finding" in the appeal from the Court of Common Pleas in Middlesex County is denied.

*Francis O'Neill,* city attorney, in support of the motion.

The defendants' "Motion to Strike Plaintiff's Motion to Expunge Defendants' Request for Finding and Draft Finding" in the appeal from the Court of Common Pleas in Middlesex County is denied.

*David J. Della-Bitta,* assistant attorney general, in support of the motion.

Submitted June 3—decided June 7, 1977